AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GEORGE L. DIXON,

Plaintiff,

V.

ANDREW O. HENDERSON et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV124-212

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 12, 2025, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion; therefore, the Court remands this case to the Superior Court of Lincoln County, State of Georgia, Civil Action File Number 24CV0091. This case stands closed.

| | |
|---|---|
| 2/12/25 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020